**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

Case No. 2:25-cv-04907-WB

ALPHA CARD SERVICES LLC
d/b/a SIMPAY, a Pennsylvania Limited Liability Company,

Plaintiff,

v.

TIMOTHY TOOMBS, an individual, and
PAYCOMPASS LLC, an Arizona Limited Liability Company,

Defendants.
_____________________________________/

# NOTICE OF INTENT TO FILE AMENDED COMPLAINT

Plaintiff, Alpha Card Services LLC d/b/a Simpay, respectfully notifies the Court and the parties of its intent to file an amended complaint on or before December 1, 2025. On November 10, 2025, defendants Timothy Toombs and PayCompass LLC each filed individual motions to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) (DE 18 and DE 19). Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), a party may amend its pleading once as a matter of course within 21 days after service of a Rule 12(b) motion. In addition, Local Rule 7.1 requires a party intending to amend as of right under Rule 15 to file a notice of intent to amend within 14 days after service of the motion. In compliance with Rule 15(a)(1)(B) and Local Rule 7.1, Plaintiff submits this notice and elects to amend its pleading rather than file an opposition. Plaintiff will therefore file its amended complaint on or before December 1, 2025, consistent with the applicable rules.

Dated: November 21, 2025

Respectfully submitted,

By: */s/ Jordan Michael Krassner*
Jordan M. Krassner (admitted *pro hac vice*)
**GLOBAL LEGAL LAW FIRM PLLC**
900 N. Federal Hwy., Suite 370
Boca Raton, FL 33432
Telephone: 760-459-1757
jkrassner@attorneygl.com

Richard L. Vanderslice, Esq.
Pennsylvania Bar Number: 202153
**RICHARD L. VANDERSLICE, P.C.**
1445 Snyder Avenue
Philadelphia, PA 19145
Telephone: (215) 515-7197
rlv@vanderslicelaw.com

*Attorneys for Plaintiff,*
*Alpha Card Services LLC d/b/a Simpay*

## CERTIFICATE OF SERVICE

I, Jordan Michael Krassner, hereby certify that I served the foregoing via the CM/ECF on November 21, 2025, which automatically sends notice of an electronic filing to all counsel and registered users of record.

By: */s/ Jordan Michael Krassner*
Jordan Michael Krassner, Esq.