**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ALPHA CARD SERVICES LLC d/b/a SIMPAY, a Pennsylvania limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY TOOMBS, and individual, and PAYCOMPASS LLC, an Arizona limited liability company,<br><br>Defendants. | : | CIVIL ACTION<br><br>No. 2:25-cv-04907-WB<br>Hon. Wendy Beetlestone |

**DEFENDANT PAYCOMPASS LLC'S MOTION TO DISMISS**
**<u>COUNTS IV, V, VI, and VII OF PLAINTIFF'S AMENDED COMPLAINT</u>**

Defendant PayCompass LLC ("PayCompass"), by and through their undersigned counsel, moves to dismiss Counts IV, V, VI, and VII of the Plaintiff's Amended Complaint (ECF No. 27) filed by Plaintiff Alpha Card Services, LLC d/b/a Simpay, pursuant to Rule 12(b)(6). PayCompass is filing a proposed order as Exhibit 1 and relies on its supporting brief.

**Respectfully submitted**,

Dated: December 22, 2025

**HOUSTON HARBAUGH, P.C.**

*/s/ Henry M. Sneath*
Henry M. Sneath
sneathhm@hh-law.com
PA I.D. 40559
Three Gateway Center
401 Liberty Avenue, 22nd Floor
Pittsburgh, PA 15222
Telephone: (412) 281-5060

**REEVE BASNETT PLLC**
Ashley R. Basnett
ashley@reevebasnett.com
*(admitted pro hac vice)*
P.O. Box 981
Corsicana, Texas 75751
Telephone: (903) 887-0602
***(Counsel for Defendant PayCompass, LLC)***

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of December, 2025, a true and correct copy of this **DEFENDANT PAYCOMPASS LLC'S MOTION TO DISMISS COUNTS IV, V, VI, and VII OF PLAINTIFF'S AMENDED COMPLAINT** was filed and served on counsel of record via the United States District Court for the Eastern District of Pennsylvania's CM/ECF system.

*/s/ Henry M. Sneath*
Henry M. Sneath