### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALPHA CARD SERVICES, LLC,**<br>　　　　**Plaintiff,**<br><br>　　　　**v.**<br><br>**TIMOTHY TOOMBS**<br>**PAYCOMPASS LLC,**<br>　　　　　**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO.  25CV4907** |

### O R D E R

**AND NOW**, this 29th  day of April, 2026, upon consideration of: (1) Defendant Timothy Toombs's Motion to Dismiss (ECF Nos. 29, 34) and Plaintiff's Response in Opposition thereto (ECF No. 33); and, (2) Defendant PayCompass LLC's Motion to Dismiss (ECF Nos. 30) and Plaintiff's Response in Opposition thereto (ECF No. 32); for the reasons set forth in the accompanying opinion, **IT IS HEREBY ORDERED** that said Motions are **DENIED**.

　　　　　　　　　　　　　　　　　　**BY THE COURT:**


　　　　　　　　　　　　　　　　　　**S/ WENDY BEETLESTONE**

　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, C.J.**