**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ALPHA CARD SERVICES LLC d/b/a SIMPAY, a Pennsylvania Limited Liability Company,<br><br>Plaintiff,<br>v.<br><br>TIMOTHY TOOMBS, an individual, and PAYCOMPASS LLC, an Arizona Limited Liability Company,<br><br>Defendants. | CIVIL ACTION<br><br>Case No. 2:25-cv-04907-WB<br>Hon. Wendy Beetlestone |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., Plaintiff ALPHA CARD SERVICES LLC d/b/a SIMPAY (hereinafter "Plaintiff"), and Defendants TIMOTHY TOOMBS, and PAYCOMPASS LLC (hereinafter "Defendants"), by and through their respective undersigned counsel, hereby stipulate to the dismissal with prejudice of Plaintiff's claims against Defendants, and with each party to bear its own attorney's fees and costs.

Dated: May 12, 2026 Respectfully submitted,

By: */s/ Jordan Michael Krassner*
Jordan M. Krassner (admitted *pro hac vice*)
**GLOBAL LEGAL LAW FIRM PLLC**
900 N. Federal Hwy., Suite 370
Boca Raton, FL 33432
Telephone: 760-459-1757
jkrassner@attorneygl.com

Dated: May 12, 2026

By: <u>*/s/ Richard L. Vanderslice*</u>
Richard L. Vanderslice, Esq.
Pennsylvania Bar Number: 202153
**RICHARD L. VANDERSLICE, P.C.**
1445 Snyder Avenue
Philadelphia, PA 19145
Telephone: (215) 515-7197
rlv@vanderslicelaw.com

*Attorneys for Plaintiff,*
*Alpha Card Services LLC d/b/a Simpay*

Dated: May 12, 2026

By: <u>*/s/ Ashley Reeve Basnett*</u>
Ashley Reeve Basnett
(Admitted *Pro Hac Vice*)
**REEVE BASNETT PIROG PLLC**
P.O. Box 981
Corsicana, TX 75751
Telephone: (903) 887-0602
*ashley@rbplawgroup.com*

*Counsel for Defendant,*
*PayCompass, LLC*

Dated: May 12, 2026

By: <u>*/s/ Kimberly L. Sachs*</u>
Christopher Scott D’Angelo
(PA ID No. 28463)
Kimberly L. Sachs
(PA ID No. 325989)
**MONTGOMERY MCCRACKEN**
**WALKER & RHOADS LLP**
1735 Market Street, 19th Floor
Philadelphia, PA 19109
215.772.1500

*Counsel for Defendant,*
*Timothy Toombs*

**CERTIFICATE OF SERVICE**

I, Jordan Michael Krassner, hereby certify that I served the foregoing via the CM/ECF on May 12, 2026, which automatically sends notice of an electronic filing to all counsel and registered users of record.

By: *<u>/s/ Jordan Michael Krassner</u>*
Jordan Michael Krassner, Esq.