**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ALPHA CARD SERVICES LLC d/b/a SIMPAY, a Pennsylvania Limited Liability Company,<br><br>Plaintiff,<br>v.<br><br>TIMOTHY TOOMBS, an individual, and PAYCOMPASS LLC, an Arizona Limited Liability Company,<br><br>Defendants. | CIVIL ACTION<br><br>Case No. 2:25-cv-04907-WB<br>Hon. Wendy Beetlestone |

**ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**AND NOW**, this 19th day of May , 2026, upon consideration of the parties' Joint Stipulation of Dismissal with Prejudice ( Doc # 42) , it is **ORDERED** as follows:

This action is DISMISSED with prejudice, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED**.

S/ WENDY BEETLESTONE

______________________
WENDY BEETLESTONE
Chief United States District Judge